UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN QUINN and YIZHANG QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, HEWLETT-PACKARD FINANCIAL SERVICES (INDIA) PRIVATE LIMITED, HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, AND DAVID GILL,<br><br>Defendants. | Civil Action No.: 1:18-CV-10705-LTS |

**PLAINTIFFS' MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

NOW COME Plaintiffs, RYAN QUINN and YIZHANG QUINN, by and through their counsel, and respectfully request this Honorable Court extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint by an additional fourteen (14) days until Wednesday, September 4, 2018, in order to allow Plaintiffs to file and serve their Opposition. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this action on April 11, 2018, with Waivers of Service for both domestic and foreign Defendants sent on May 25, 2018, returned executed on July 10, 2018.

2. The deadline for the Answer of the domestic Defendants was due July 24, 2018; and the deadline for the Answer of the foreign Defendants was due August 23, 2018.

3. On July 16, 2018, Plaintiffs e-filed their First Amended Complaint and Jury Demand via the PACER System, e-mailed a copy to Defendants' counsel and served a hard copy via FedEx.

1

4. On August 9, 2018, counsel for the parties discussed Defendants' intention to file a Motion to Dismiss during a telephone conference, however, Plaintiff's counsel did not receive either a Motion or Memorandum in Support from Defendants' counsel directly.

5. On August 10, 2018, Plaintiffs' counsel received four (4) e-mail notices, however, all four (4) were Rule 7.1 Corporate Disclosures.

6. On August 28, 2018, Plaintiffs' counsel received an e-mail from Deputy Clerk Maria Simeone advising that there is a pending Motion to Dismiss filed on August 9, 2018, and that the response to the Motion was due August 23, 2018.

7. Plaintiffs were never served with either the Motion or the Memorandum in Support.

8. August 28, 2018 was the first time Plaintiffs received Defendants' Motion to Dismiss and Memorandum in Support after the documents were retrieved from the PACER System by counsel.

WHEREFORE, Plaintiffs, Ryan Quinn and Yizhang Quinn, by and through counsel, respectfully request this Honorable Court extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint by an additional fourteen (14) days until <u>Wednesday, September 4, 2018</u>, in order to allow Plaintiffs to file and serve their Opposition.

        The Plaintiffs,
        RYAN QUINN AND YIZHANG QUINN,
        By their Attorneys,

        /s/ Mark T. Stopa
        Mark T. Stopa (BBO# 560264)
        Preston L. Clinton (BBO#690373)
        STOPA & ASSOCIATES, LLC
        132 Central Street – Suite 209
        Foxborough, MA 02035-2073
        (508) 543-0600
        preston.clinton@stopaandassociates.com
        mtstopa@stopaandassociates.com

Date: August 29, 2018

**CERTIFICATE OF SERVICE**

I, Mark T. Stopa, hereby certify on this 29th day of August, 2018, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants in this action as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

        /s/ Mark T. Stopa
        Mark T. Stopa (BBO# 560264)
        STOPA & ASSOCIATES, LLC
        132 Central Street – Suite 209
        Foxborough, MA 02035-2073
        (508) 543-0600
        mtstopa@stopaandassociates.com